

# Fourth Court of Appeals
## San Antonio, Texas

June 18, 2018

No. 04-18-00025-CV

Roderick **SANCHEZ**, In His Official Capacity as Director, Development Services Department, City of San Antonio, and Development Services Department, City of San Antonio, Appellants

v.

**BOARD OF ADJUSTMENT FOR THE CITY OF SAN ANTONIO** and Map Industries, LLC d/b/a U-Pull-It, Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-02439
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

After this court granted appellant's first extension, the brief was due June 11, 2018. Appellant has now filed a second, unopposed motion for extension of time, asking for an additional thirty days in which to file his brief. After review we **GRANT** appellant's motion and **ORDER** appellant to file his brief in this court **on or before July 11, 2018.**

We **order** the clerk of this court to serve a copy of this order on all counsel.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of June, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court